UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

LAMAR GAYLE-BROOMS,

Petitioner,

v.                                              CAUSE NO. 3:26-CV-579-CCB-SJF

BRIAN ENGLISH,

Respondent.

## ORDER

Lamar Gayle-Brooms, an immigration detainee representing himself, was ordered to resolve his filing fee status by May 29, 2026. ECF 4. He was cautioned that if he did not respond by the deadline, this case could be dismissed without further notice. The deadline has passed and he has not responded.

For these reasons, this case is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee.

SO ORDERED on June 17, 2026.

        /s/ *Cristal C. Brisco*
        CRISTAL C. BRISCO, JUDGE
        UNITED STATES DISTRICT COURT